STEVEN N. KURTZ - [SBN 12572]                                JS-6
skurtz@laklawyers.com
ANGIE S. LEE - [SBN 254018]
alee@laklawyers.com
**LEVINSON ARSHONSKY & KURTZ, LLP**
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA  91403
Telephone:     (818) 382-3434
Facsimile:     (818) 382-3433

Attorneys for Jason M. Rund, Chapter 7 Trustee

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No. 5:10-cv-00784-JFW |
| JAMES WILLIAM WEITZEIL | [Chapter 7] |
| Debtor. | **ORDER APPROVING STIPULATION BETWEEN APPELLANT JAMES W. WEITZEIL AND APPELLEES JASON M. RUND, CHAPTER 7 TRUSTEE, EDWARD R. BISBY, JR., AND TRICIA LEE BISBY TO DISMISS APPEAL PURSUANT TO FRBP 8001(c)(2)** |
| | [NO HEARING SET] |

Upon reviewing the Stipulation Between Appellant James W. Weitzeil and Appellees Jason M. Rund, Chapter 7 Trustee, Edward R. Bisby, Jr., and Tricia Lee Bisby to Dismiss Appeal Pursuant to FRBP 8001(c)(2) ("Stipulation"), and finding good cause,

**IT IS HEREBY ORDERED** that:

1.    The Stipulation is hereby approved.

2.    The above-referenced matter is dismissed with prejudice.

Dated:   <u>January 20, 2011</u>

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE